774

■ Milton Cohn, Appellant, v. Broad Channel Restaurant, Inc., Respondent.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ In the Matter of the Final Accounting of Seymour Miller, as Executor of Carmine Cassano, Deceased, Respondent. Pietro Fuschetto et al., Respondents; Maria G. M. Cipriano et al., Appellants.—

Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ The People of the State of New York, Respondent, v. John Francis McTiernan, Appellant.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ The People of the State of New York, Respondent, v. Joseph G. Zonda, Appellant.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., corcur.

■ The People of the State of New York, Appellant, v. Patsy Amodio, Respondent.—

Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ Melville S. Warner, Appellant, v. Town of Brookhaven, Respondent. —

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.

■ John F. Albano, Respondent, v. Frank A. La Rocco, an Infant, by His Guardian ad Litem Michael La Rocco, et al., Appellants.—

The record presents triable issues of fact which may not be resolved upon a motion for summary judgment. Beldock, Acting P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.

■ Herbert Barnes, Respondent, v. Karl Bollhorst, Appellant.—

Questions of fact exist: (1) as to whether defendant, a private person, instigated or directed the arrest and imprisonment, as distinguished from merely furnishing information to police officers who made the arrest, for their guidance (cf. *Francis* v. *Taft Cleaners & Dyers*, 281 App. Div. 893, motion for reargument and for leave to appeal denied 281 App. Div. 983, motion for leave to appeal denied 305 N. Y. 930; *Stearns* v. *New York City Tr. Auth.*, 24 Misc 2d 216, affd. 12 A D 2d 451); and (2) as to whether there was probable cause for the arrest and imprisonment (cf. *Agar* v. *Kelsey*, 253 App. Div. 726). Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur. [28 Misc 2d 866.]